UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON ELIAS,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. CHISHOLM, et al.,<br><br>            Defendants. | Case No. 2:19-cv-05501-MWF-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NO. 52] |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the November 20, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

IT IS HEREBY ORDERED:

1.    The Motion to Dismiss the Third Amended Complaint ("Motion to Dismiss") is granted and all claims against all Defendants are dismissed without further leave to amend except Plaintiff's First Amendment claim against Defendant Correctional Officer Davidson in his individual capacity.  This Order of

dismissal without leave to amend encompasses Plaintiff's official capacity, Eighth Amendment, and state-law negligence claims against both Defendants – Dr. Chisholm and Correctional Officer Davidson – and the First Amendment claim against Defendant Chisholm in her individual capacity.

2. This action shall proceed solely on Plaintiff's First Amendment claim against defendant Davidson in his individual capacity.

3. Defendant Davidson shall file an Answer to Plaintiff's remaining First Amendment claim within fourteen (14) days of the entry of this Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff and counsel for Defendants.

IT IS SO ORDERED.

Dated: January 9, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge