JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON ELIAS,<br><br>             Plaintiff<br><br>        v.<br><br>DR. CHISHOLM, et al.,<br><br>             Defendants. | Case No. CV 19-5501-MWF (AYP)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that Defendant B. Davidson's Motion for Summary Judgement is **GRANTED** as follows:

(a) Defendant Davidson is granted summary judgment on Plaintiff's First Amendment claim—except to the extent it is predicated on Defendant's confiscation of Plaintiff's photographs—based upon Plaintiff's failure to exhaust his administrative remedies, and such claim is dismissed without prejudice and without leave to amend; and

///

///

///

///

(b) Defendant Davidson is granted summary judgment on the merits on Plaintiff's First Amendment claim to the extent it is predicated on Defendant's confiscation of Plaintiff's photographs.

IT IS SO ADJUDGED.

Dated: June 5, 2026

_____

MICHAEL W. FITZGERALD
United States District Judge

2